THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PAMELA J. O'DELL,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>Defendant. | CASE NO. C18-0097-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice against Defendant State Farm Fire and Casualty Company and without an award of costs to either party. The Court will retain jurisdiction of attorney fee and attorney lien issues to be adjudicated between Plaintiff and any third parties pursuant to Revised Code of Washington §§ 4.24.005 and 60.40.030. The Clerk is directed to CLOSE this case for statistical purposes only.

//

//

DATED this 25th day of September 2018

          <u>William M. McCool</u>
          Clerk of Court

          <u>s/Tomas Hernandez</u>
          Deputy Clerk

MINUTE ORDER
C18-0097-JCC
PAGE - 2